# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ELIJAH DOLAN,

          Plaintiff,

v.                                      CIVIL ACTION NO.  2:03-0208

JO ANNE B. BARNHART,
Social Security Commissioner,

          Defendant.

### JUDGMENT ORDER

In accordance with the accompanying order of this date affirming the final decision of the Commissioner, the court **ORDERS** that judgment be entered in favor of the defendant and that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                            ENTER:       January 5, 2006

                            _____

                            JOSEPH R. GOODWIN
                            UNITED STATES DISTRICT JUDGE